■ Fergus McCann, Appellant-Respondent, v Iberia International Airlines of Spain, Respondent-Appellant.—Order, Supreme Court, New York County (Helen Freedman, J.), entered on June 20, 1985, as amended by order of said court, entered on July 9, 1985, unanimously affirmed, without costs and without disbursements. The cross appeal taken by defendant-respondent-appellant from an order of the aforesaid court, entered on or about September 16, 1985, is dismissed as abandoned, without costs and without disbursements. No opin-

ion. Concur—Kupferman, J. P., Asch, Fein, Milonas and Rosenberger, JJ.